UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES PITNER, | ) | CASE NO. C05-1646-TSZ-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| ALICE PAYNE, | ) | MOTION FOR EXTENSION OF TIME |
| | ) | TO FILE RESPONSE |
| Respondent. | ) | |
| _____ | ) | |

Petitioner has filed a motion for an extension of time to file a response to respondent's answer to petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. #12). Respondent has filed a response to the motion, indicating that she does not oppose granting petitioner an extension of time. (Doc. #13). Having considered the motion and the balance of the record, the court does hereby find and ORDER as follows:

(1) Petitioner's motion for an extension of time (Doc. #12) is GRANTED. Petitioner shall file a response no later than **February 27, 2006**.

(2) The Clerk shall renote petitioner's petition (Doc. #4) for consideration on March 3, 2006. The Clerk shall forward copies of this Order to petitioner, to counsel for respondent, and

01 to the Honorable Thomas S. Zilly.

02     DATED this  5th  day of  January , 2006.

03

04                                    Mary Alice Theiler
                                   United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PETITIONER'S MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE
PAGE -2